

FILED

JUL 15 2005
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

ISAAC INDUSTRIES, INC. )
7330 NW 36TH AVENUE )
Miami, FL 33147 )
) CASE NUMBER 1:05CV01415
) 
vs    Plaintiff ) Civil Acti    JUDGE: Paul L. Friedman
)
U.S. CUSTOMS AND BORDER PROTECTION ) DECK TYPE: FOIA/Privacy Act
1300 Pennsylvania Avenue, NW )
Washington, DC 20229 ) DATE STAMP: 07/15/2005
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Isaac Industries, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  None  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

137935
BAR IDENTIFICATION NO.

Peter S. Herrick
Print Name

3520 Crystal View Court
Address

Miami, FL 33133
City    State    Zip Code

305-858-2332
Phone Number

2