IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISAAC INDUSTRIES, INC.,<br>7330 NW 36TH Avenue<br>Miami, FL 33147<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER<br>PROTECTION,<br>1300 Pennsylvania Avenue, NW<br>Washington, D.C. 20229<br><br>        Defendant. | Civil Action No. 05-1415 (PLF) |

**<u>PRAECIPE</u>**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202)514-7205