IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISAAC INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1415 (PLF) |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the complaint up tp or including September 20, 2005.

The plaintiff has four separate FOIA requests with various components of the agency. Counsel has located two of the files, but has not obtained the remaining two files. This delay is caused by the recent establishment of the Department of Homeland Security and the realignment of functions. Counsel for the defendant anticipates filing a dispositive motion after the <u>Vaughn</u> declarations and indexes are completed. However, until the two other FOIA request files are obtained, counsel is unable to advise the Court when the motion can be filed because counsel has no idea of the volume of documents or pages involved. As soon as counsel locates the documents, the defendant will submit a proposed briefing schedule.

Counsel for the plaintiff was contacted and objects to this request for an extension of time.

Wherefore, it is respectfully requested that the defendant have up to and including September 20, 2005 to answer or otherwise respond to the complaint.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 12567
Assistant United States Attorney


_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205