UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISAAC INDUSTRIES, INC.,

      Plaintiff,

v.                                                                          Civil Action No.  05-1415 (PLF)

U.S. CUSTOMS AND BORDER
PROTECTION,

      Defendant.
_____/

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, Isaac Industries, Inc. ["Isaac"], by its undersigned attorney, opposes the Defendant's, U.S. Customs and Border Protection ["Customs"], request for an extension of time in which to file an answer to the complaint.

Customs assessed a $367,257.36 monetary penalty on Isaac on November 6, 2003 and assigned Customs Case No: 2002-5301-30029201. Isaac filed a petition for relief with Customs on December 19, 2003. Customs denied Isaac's petition for relief on March 15, 2005. In a letter of March 16, 2005, Isaac requested a 1 year extension of time to file its supplemental petition for relief. Exhibit A.

Customs denied Isaac's request for a 1 year extension of time to file its supplemental petition for relief in its letter of March 17, 2005. Exhibit B. Isaac filed an incomplete supplemental petition for relief with Customs while awaiting the release of the FOIA Appeal records on June 10, 2005. Isaac reserved the right to amend its supplemental petition for

1

relief upon release of its FOIA Appeal records. Exhibit C.

Customs requests an extension of time in which to answer or respond to the complaint. Customs states that it has been unable to locate two of Isaac's files within the agency. Also, Customs states that its delays "are caused by the recent establishment of the Department of Homeland Security and the realignment of functions."

The Department of Homeland Security Reorganization Plan called for the transfer of the Customs from the Department of the Treasury to the newly formed Department of Homeland Security on November 25, 2002. Customs has been in possession of all of Isaac's records and information from the inception of the above referenced penalty case in 2002.

Customs denied Isaac's FOIA request in its letter dated April 15, 2005. Customs denied Isaac's request for an extension of time in which to file its supplemental petition for relief even though it has not released the requested FOIA records. As a direct result of Customs refusal to grant Isaac a 1 year extension of time in which to file its supplemental petition for relief, Isaac has an immediate need for the referenced FOIA records in order to amend its supplemental petition for relief.

Isaac is unaware how Customs has been unable to locate all of the files that should have been reviewed when the original FOIA request was denied or about April 15, 2005. Also, Isaac is unaware how the establishment of the Department of Homeland Security almost three years ago may have delayed Customs ability to locate two files within its own agency.

Wherefore, we respectfully request that this Court deny the defendant's request to have up to and including September 20, 2005 to answer or otherwise respond to the complaint.

Respectfully submitted,

Peter S. Herrick
Attorney for Plaintiff
Isaac Industries, Inc.
3520 Crystal View Court
Miami, FL 33133
Tel.: 305-858-2332
Fax.: 305-858-6347
Email: pherrick@bellsouth.net
D.C. Bar No.: 137935

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Plaintiffs' Opposition to Defendant's Motion To For An Enlargement of Time was mailed Diane M. Sullivan, Esq., Assistant U.S. Attorney, Judiciary Center Bldg., 555 Fourth Street, NW, Civil Division, Washington, DC 20530 on August 19, 2005.

Peter S. Herrick

# EXHIBIT A

Case 1:05-cv-01415-PLF     Document 8     Filed 08/19/2005     Page 4 of 12

# HERRICK NIKAS
## ATTORNEYS AT LAW

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

**RESPOND TO:**

3520 Crystal View Court
Miami, Florida 33133
Telephone   (305) 858-2332
Telecopier  (305) 858-6347
Toll Free   (866) 377-8677

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
329 F Street, Suite 220
Anchorage, Alaska 99501

e-mail address:
pherrick@herricknikas.com

March 16, 2005

TELECOPY ONLY (281-985-6729)

John A. Sanders
F. P. & F. Officer
U S Customs & Border Protection
2350 Sam Houston Pkwy E.
Suite 1000
Houston TX 77032

Re:   Petitioner: Isaac Industries, Inc.
      Customs Case No. 2002-5301-30029201

Dear Mr. Sanders:

Pursuant to your letter of March 15, 2005 in the referenced matter, please provide me the necessary documents to complete for the 2 year waiver.

We also request an extension of 1 year in which to file a supplemental petition.

Sincerely,

Peter S. Herrick

**EXHIBIT B**

03/17/2005   16:14   2819856729                                    PAGE   01

# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security

**FACSIMILE TRANSMITTAL**
CD-2110-035

Date: 3/17/05                                      Control Number:

**TO**

- Name: Herrick Nikas
- Organization: Attorney at Law
- Fax Number: (305) 858-6347
- Number of Pages (including cover): 3

**FROM**

- Sender: Sandi Denson
- Originating Location: CBP
- Return FAX Number: (281) 985-6729
- Voice Number: (281) 985-6721

**REMARKS**

Re: Isaac Industries
Sample Waiver Form
Request for Extension.

Important: This document may contain confidential and sensitive U.S. Government information. Please deliver it immediately only to the intended recipient(s) listed above. The Bureau of Customs and Border Protection has not approved the documents review, retransmission, dissemination or use by anyone other than the intended recipient(s).

CBP Form 3 (05/03)

03/17/2005  16:14    2819856729                                                           PAGE  02

2350 N Sam Houston Pkwy E, Suite 1000
Houston, TX 77032



U.S. Customs and
Border Protection

MAR 17 2005

ENF-4-H:FPF:SMD
CN 2002-5301-30029201

Herrick Nikas
Attn: Peter S. Herrick
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This acknowledges receipt of your letter dated March 16, 2005, wherein you requested a copy of the sample waiver form. The requested form is hereby enclosed.

You also requested an extension of one year in which to file a supplemental petition. Your request is hereby denied. Title 19, Code of Federal Regulations, part 171.61, Subpart G – Supplemental Petitions for Relief, states:

> "If the petitioner is not satisfied with a decision of the deciding official on an original petition for relief, a supplemental petition may be filed with the Fines, Penalties and Forfeitures Officer having jurisdiction in the port where the violation occurred. Such supplemental petition must be filed within 60 days from the date of notice to the petitioner of the decision from which further relief is requested or within 60 days following an administrative or judicial decision with respect to the entries involved in a penalty case which reduces the loss of duties upon which the mitigated penalty amount was based (whichever is later) unless another time to file such a supplemental petition is prescribed in the decision."

Upon receipt of the requested 2-year statute of limitations waiver (if presented within the seven day time period), the supplemental petition will be due May 15, 2005.

Sincerely,

John A. Sanders
Fines, Penalties and
Forfeitures Officer

**EXHIBIT C**

# HERRICK NIKAS
## ATTORNEYS AT LAW
### RESPOND TO:

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free(voice)(888) 841-8881
Toll Free (fax) (888)841-8883

e-mail address:
pherrick@herricknikas.com

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
329 F Street, Suite 220
Anchorage, Alaska 99501

June 10, 2005

TELECOPY ONLY (281-985-6729)

John A. Sanders
F. P. & F. Officer
U S Customs and Border Protection
2350 N Sam Houston Pkwy E.
Suite 1000
Houston, TX 77032

Re:   Supplemental Petition
      Petitioner: Isaac Industries, Inc.
      Customs Case No. 2002-5301-30029201

Dear Mr. Sanders:

This is a supplemental petition filed on behalf of our client, Isaac Industries, Inc., of the CBP decision of March 15, 2005 denying our petition. CBP is demanding payment of $289,182.00 in penalties for an alleged violation of 19 U.S.C. §1593a and payment of the loss of revenue of $96,394.00.

We request any decision on this petition be held in abeyance pending a decision on the Freedom of Information Act appeal we have filed in this matter.

There are 8 drawback entries which are the subject of this penalty case. In your decision letter you state that protests of 2 of the entries have been approved and were no longer an issue in this case. The decision states the protests for the remaining 6 entries were

1

denied. However, your decision letter failed to acknowledge that on October 26, 2004 the petitioner filed a summons in the U. S. Court of International Trade, Case No. 04-00538, contesting the denial of these protests. Therefore, neither the protests nor the liquidation of the drawback entries has become final.

All of the issues addressed in the decision to deny our petition will be addressed by the Court of International Trade. Therefore, the pending action in the Court of International Trade is a second reason for holding a decision on this supplemental petition in abeyance.

As a housekeeping matter, we need to know how CBP determined a loss of revenue of $96,394.00 when these duties have already been paid and no drawback has been approved for the remaining 6 entries. If necessary, we will amend this supplemental petition upon receipt of the FOIA documents and the conclusion of the court proceedings.

Sincerely,

Peter S. Herrick

2

P. 1

\* \* \* Transmission Result Report(MemoryTX) ( Jun.10. 2005 3:08PM ) \* \* \*

Date/Time: Jun.10. 2005  3:07PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8133 | Memory TX | 12819856729 | P. 2 | OK | |

Reason for error
  E.1) Hang up or line fail          E.2) Busy
  E.3) No answer                     E.4) No facsimile connection

---

# HERRICK  NIKAS
## ATTORNEYS AT LAW
### RESPOND TO:

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
795 Bush Street, 18th Floor
San Francisco, California
94104

1520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2392
Telecopier (305) 858-8347
Toll Free(voice)(888) 841-8551
Toll Free (fax) (888)841-8333

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
339 F Street, Suite 220
Anchorage, Alaska 99501

e-mail address:
pherrick@herricknikas.com

June 10, 2005

TELECOPY ONLY (281-985-6729)

John A. Sanders
F. P. & F. Officer
U S Customs and Border Protection
2350 N Sam Houston Pkwy E.
Suite 1000
Houston, TX 77032

Re:  Supplemental Petition
     Petitioner: Isaac Industries, Inc.
     Customs Case No. 2002-5301-30029201

Dear Mr. Sanders:

This is a supplemental petition filed on behalf of our client, Isaac Industries, Inc., of the CBP decision of March 15, 2005 denying our petition. CBP is demanding payment of $289,182.00 in penalties for an alleged violation of 19 U.S.C. §1593a and payment of the loss of revenue of $96,394.00

We request any decision on this petition be held in abeyance pending a decision on the Freedom of Information Act appeal we have filed in this matter.

There are 8 drawback entries which are the subject of this penalty case. In your decision letter you state that protests of 2 of the entries have been approved and were no longer an issue in this case. The decision states the protests for the remaining 6 entries were

1