IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAAC INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1415 (PLF) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) |
| Defendant. | ) |

## ANSWER

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The U.S. customs and Border Protection did not improperly withhold responsive documents.

### THIRD DEFENSE

The defendant, U.S. Customs and Border Protection, responds to the numbered paragraphs of the complaint as follows:

1.  This paragraph is plaintiff's characterization of this litigation to which no response is necessary. To the extent a response is deemed required, the defendant denies that it improperly withheld documents under FOIA.

2.  The defendant admits that this Court has jurisdiction under the Freedom of Information Act (FOIA), % U.S.C. § 552 et seq.

3. Admitted.

4. The defendant, U.S. Customs and Border Protection (CPB), is a federal agency under the Department of Homeland Security.

5. Denied.

6. The defendant admits that all drawback refunds were denied on September 13, 2002, except to note that on May 19, 2004 one drawback claim was fully refunded (No. 558-10628523) and that on May 27, 2005 one drawback claim was partially refunded (No. 55-10699557.

7. Admitted.

8. Admitted.

9. Admitted in substance.

10. Admitted, except to note that CBP received the petition on December 22, 2003.

11. Admitted.

12. The defendant admits that a FOIA request dated March 16, 2005 was submitted to the defendant, but denies that all the request were for specific documents.

13. Admitted.

14. Admitted.

15. Admitted. In addition, the defendant avers that in December 2002, in response to plaintiff's two previous requests, it produced approximately 650 pages.

16.  The defendant admits that plaintiff amended his FOIA appeal by letter dated April 21, 2005 and that he accurately quoted from that letter.

17.  The defendant admits that plaintiff filed a supplemental petition for relief and requested the right to amend, but notes that the petition was dated June 10, 2005 and faxed on the same day.  The defendant further avers that the request was denied on June 29, 2005.

18.  The allegations of this paragraph are conclusions of law to which no response is required.  To the extent an answer is deemed necessary, the allegations are denied.  The defendant avers that it acknowledged receipt of the appeal on May 24, 2005 and responded to plaintiff's FOIA appeal on August 17, 2005.

19.  Denied.

The remainder of the complaint is plaintiff's prayer for relief.  The defendant denies that the plaintiff is entitled to the relief sought or to any relief whatsoever.

WHEREFORE, the defendant requests that the Court dismiss the Complaint together with costs and grant to the defendant any other relief it deems appropriate.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530

OF COUNSEL:
DIANE M. GALIANO
Office of Associate Chief Counsel
U.S. Customs and Border Protection
Houston, Texas