IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAAC INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1415 (PLF) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO THE COURT'S ORDER**

The defendant, U.S. Customs and Border Protection (CPB), responds to the Court's September 1, 2005 Order as follows:

1. CPB filed its answer today, September 20, 2005. CPB has completed its initial search for records. In an abundance of caution, a renewed search was requested by counsel for records maintained by the Houston Regional Office before preparing a <u>Vaughn</u> declaration and index. Counsel anticipates that a dispositive motion can be filed on behalf of CPB by October 30, 2005.

2. Certain documents were located which originated with U.S. Immigration and Customs Enforcement (ICE). They were referred to ICE for direct response to the plaintiff. Counsel for the defendant is in the process of contacting ICE officials in Houston, Texas and Miami, Florida to determine the status of the referrals. Counsel for the defendant will advise the Court by no later than October 15, 2005 of the status of the referrals.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530

2