**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                  )
ISAAC INDUSTRIES, INC.,           )
                                  )
               Plaintiff,         )
                                  )
       v.                         )    Civil Action No. 05-1415 (PLF)
                                  )
U.S. CUSTOMS AND BORDER           )
PROTECTION,                       )
                                  )
               Defendant.         )
                                  )
_____)

**MOTION TO FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including November 15, 2005.

Counsel for the defendant is mindful of plaintiff's interest in expediting this case and has had numerous conversations with Customs and Border Patrol (CBP) and Immigration and Customs Enforcement (ICE) in an effort to move the case along. However, circumstances beyond the control of the individuals handling plaintiff's FOIA request and redoing the search have delayed the defendant's efforts. First, Hurricane Rita caused the evacuation of Houston, Texas which affects the efforts of the Drawback Division and Regulatory Audit Division of CBP, which are both located in Houston. Presently, Hurricane Wilma has rendered most of Miami, Florida without power. Counsel was unable to reach ICE in Miami this morning.

Additional documents were located at ICE in Miami and the Regulatory Audit Division of CBP in Houston as a result of the referrals.  Additional documents will be released with appropriate redactions.  Declaration(s) are being prepared.

Finally, the individual who was originally responsible for preparing the declaration(s) was transferred due to an agency reorganization.  Counsel is working with someone new to this case.

Given the circumstances, counsel will not be able to file a dispositive motion and a Vaughn declaration(s) and index on October 30, 2005 as anticipated.  Counsel anticipates that a dispositive motion will be filed by November 15, 2005.

Counsel attempted to contact plaintiff's counsel in Miami, Florida.  While counsel was not able reach him, she was able to leave a message on his voice mail.  Counsel anticipates that opposing counsel would oppose this request on the grounds outlined in plaintiff's previous opposition.

Wherefore, it is respectfully requested that the defendant have up to and including November 15, 2005 to file a dispositive motion.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar # 12567
Assistant United States Attorney


_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205

3