IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISAAC INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1415 (PLF) |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including November 21, 2005.

The searches of the various components of U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement in Southern Florida and in Houston, Texas have been completed. All responsive non-exempt documents have now been released. Three of four declarations have been completed in final form. However, one of the declarants was out sick all last week. Counsel reviewed a rough draft of the declaration yesterday and made suggestions. This additional time is necessary to finalize the remaining declaration and dispositive motion.

Counsel for the plaintiff was contacted and consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including November 21, 2005 to file a dispositive motion.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 12567
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205