IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISAAC INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1415 (PLF) |

**NOTICE OF FILING OF ATTACHMENTS**

Defendant notes the filing of the exhibits to defendant's Motion for Summary Judgment. The exhibits will be filed in the Clerk's Office in CD-ROM format. Plaintiff's counsel will be served with a copy of the CD-ROM by First-Class mail.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 12567
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of November, 2005, that a copy of the foregoing was served by First-Class mail to:

PETER S. HERRICK
3520 Crystal View Court
Miami, FL 33133-4025

_____
DIANE M. SULLIVAN
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205