UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAAC INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS )<br>AND BORDER PROTECTION )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1415(PLF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties to this action hereby stipulate to a dismissal of the action with prejudice. Each party will bear its own fees and costs.

Respectfully submitted,

_____
Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D.C. Bar #137935

_____
Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney

_____
R. Craig Lawrence, D.C. Bar #171538
Assistant U. S. Attorney

_____
Diane M. Sullivan, D.C. Bar #427872
Assistant United States Attorney

1

Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington DC 20530
(202)-514-7205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was faxed to the attorney for the defendant on January 20, 2006.

_____
Peter S. Herrick